UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANN DAVIS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN COMMERCE INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | No.  4:14-CV-5034-EFS<br><br>**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

　　　On October 2, 2014, Plaintiff Ann Davis and Defendant American Commerce Insurance Company filed a stipulated dismissal of all claims with prejudice without costs or attorney fees to any party.  ECF No. 13.  Consistent with the stipulated-dismissal agreement and Federal Rule of Civil Procedure 41, **IT IS HEREBY ORDERED:**

　　　**1.**　　The Stipulation of Dismissal With Prejudice and Without Costs or Attorney Fees, **ECF No. 13**, is **GRANTED.**

　　　**2.**　　All claims are **DISMISSED WITH PREJUDICE,** with the parties to bear their own costs and attorneys' fees.

　　　**3.**　　All hearings and deadlines are **STRICKEN**.

　　　**4.**　　This case shall be **CLOSED**.

　　　///

　　　//

ORDER OF DISMISSAL - 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 2nd day of October 2014.

```
          ____s/Edward F. Shea_____
                 EDWARD F. SHEA
          Senior United States District Judge
```

Q:\EFS\Civil\2014\5034.stip.dismiss.all.claims.lc2.docx

ORDER OF DISMISSAL - 2